MATTA, PETICIONARIO Y APELANTE, *v.* EL PUEBLO, OPOSITOR Y APELADO.

APELACIÓN contra resolución del Juez Asociado H. M. Hutchison, en procedimientos de *habeas corpus.*

No. 1341.—Resuelto en marzo 17, 1919.

HABEAS CORPUS—DEFENSA DE HABER SIDO EXPUESTO ANTERIORMENTE POR EL MISMO DELITO (FORMER JEOPARDY).—La defensa de haber estado expuesto anteriormente o de haber sido absuelto o declarado culpable, por el mismo hecho delictivo, no autoriza al prisionero a ser puesto en libertad dentro de un procedimiento de *habeas corpus.* Tal defensa debe alegarse y resolverse en la corte en donde se está tramitando la causa origen de la prisión.

Los hechos están expresados en la opinión.

Abogado del peticionario: *Sr. Luis Llorens Torres.*

Abogado de la parte contraria: *Sr. Salvador Mestre, Fiscal.*

EL JUEZ ASOCIADO SR. DEL TORO, emitió la opinión del tribunal.

El presente es un recurso de apelación interpuesto contra resolución del Juez H. M. Hutchison, de esta Corte Suprema, anulando cierto auto de *habeas corpus* expedido por él mismo.

Julio de Jesús Matta alegó ante el Juez Hutchison que se hallaba privado de su libertad por virtud de cierto mandamiento librado por el Juez Municipal de Caguas a consecuencia de una acusación formulada por el fiscal del distrito ante la dicha corte imputándole la comisión del mismo hecho que había servido ya de base al propio fiscal para acusar al peticionario ante la Corte de Distrito de Humacao, en cuyo tribunal fué absuelto. En resumen, el peticionario alegó una previa absolución.

Se expidió el auto. Se celebró la vista y, finalmente, el juez, bajo la autoridad del caso de *Hovey* v. *Sheffner*, 15 L. R. A. (N. S.) 227, anuló el auto expedido.

En el caso invocado se estudia ampliamente la jurisprudencia sobre la materia que ha dejado establecida la siguiente regla general: la defensa de haber estado expuesto anteriormente o de haber sido absuelto o declarado culpable, por el mismo hecho delictivo, no autoriza al prisionero a ser puesto en libertad dentro de un procedimiento de *habeas corpus.* Tal defensa debe alegarse y resolverse en la corte en donde se está tramitando la causa origen de la prisión. Véase también la decisión de esta Corte Suprema en *El Pueblo* v. *Burgos,* 18 D. P. R. 72.

Aplicada la regla general a este caso concreto, es necesario concluir que actuó correctamente el Juez Hutchison al anular finalmente el auto que había expedido.

Debe confirmarse la resolución recurrida.

> *Declarado sin lugar el recurso y confirmada*
> *la resolución apelada.*

Jueces concurrentes: Sres. Presidente Hernández y Asociado Wolf y Aldrey.

El Juez Asociado Sr. Hutchison no intervino.